```
IN THE UNITED STATES DISTRICT COURT
 FOR THE WESTERN DISTRICT OF TENNESSEE
            EASTERN DIVISION
```
_____

| | |
|---|---|
| A.T. PRUITT, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 24-cv-1168-STA-tmp |
| | ) |
| CORECIVIC, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

_____

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**
_____

Before the court by order of reference is Defendant CoreCivic's Motion to Compel.[1] (ECF 17.) For the following reasons, the motion is GRANTED.

## I.   BACKGROUND

Plaintiff, who is incarcerated at Hardeman County Correctional Facility, filed this action *pro se* on August 15, 2024. (ECF No. 1). Defendant CoreCivic filed their Answer on September 10, 2025. (ECF No. 12). Because Plaintiff is *pro se* and incarcerated, this action is exempt from initial disclosures and from a Rule 26(f) conference. See Fed. R. Civ. P. 26(a)(1)(B)(iv), 26(f)(1). On September 22, 2025, Defendant served Interrogatories and Requests for Production of Documents on Plaintiff. (ECF No.

---

[1] This motion was referred to the undersigned for determination on December 4, 2025. (ECF No. 18.)

17-2.) On November 5, 2025, after Plaintiff failed to respond, Defendant sent a letter to Plaintiff explaining that Plaintiff's discovery responses were overdue and that Defendant intended to file a motion to compel if they did not receive responses to their written discovery within 14 days. (ECF No. 17-4.) After receiving no response, Defendant filed their Motion to Compel on December 4, 2025. (ECF No. 17.) As of the date of this order, Plaintiff has not responded to Defendant's written discovery requests, nor has Plaintiff filed a response to Defendant's Motion to Compel.

## II.  ANALYSIS

Federal Rule of Civil Procedure 37 governs motions to compel discovery. Fed. R. Civ. P. 37. It provides, in pertinent part, that:

> On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

Fed. R. Civ. P. 37(a)(1). A party seeking discovery may move for an order compelling an answer or production in response to their discovery requests made pursuant to Rules 33 and 34. Fed. R. Civ. P. 37(B)(iii)-(iv). The Rules require a party to respond to interrogatories and requests for production of documents within thirty days of service, unless a shorter or longer time is ordered by the court or agreed to by stipulation. Fed. R. Civ. P. 33(b)(2)

and 34(b)(2)(A). Local Rule 7.2(a)(2) provides that the responses to motions must be "filed within 14 days after service of the motion" and that "[f]ailure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." LR 7.2(a)(2).

Defendant served their Interrogatories and Requests for Production of Documents on Plaintiff on September 22, 2025, meaning that, as required by Federal Rule of Civil Procedure 33(b)(2) and 34(b)(2)(A), Plaintiff had until October 22, 2025, to provide his discovery responses. (ECF No. 17-2.) As of the date of this order, Plaintiff has provided no responses. Defendant then filed their Motion to Compel on December 4, 2025. (ECF No. 17.) Plaintiff has not responded to the Motion to Compel, and it is well past the fourteen days required by Local Rule 7.2(a). Therefore, because of Plaintiff's failure to respond to the Motion to Compel in a timely manner, Defendant's Motion to Compel is granted. Plaintiff is hereby warned that any failure to comply with this order or any future order is grounds for the dismissal of this complaint with prejudice. As to the other forms of relief requested in the Motion, those are denied.

### III. CONCLUSION

Based on the above, Defendant's Motion to Compel is GRANTED. Plaintiff shall respond in full to the Defendant's discovery requests within fourteen days of the date of this order.

IT IS SO ORDERED.

                                  s/ Tu M. Pham  
                                  TU M. PHAM  
                                  Chief United States Magistrate Judge

                                  February 4, 2026  
                                  Date